**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL PABON | Criminal Action<br>No. 17-165-1 |

### **ORDER**

**AND NOW**, this _4th___ day of May, 2020, it is **ORDERED** that Defendant Michael Pabon's Emergency Release Motion Re: COVID-19 Pandemic (ECF No. 109) is **GRANTED**. Mr. Pabon is **ORDERED** immediately released subject to the following:

- Mr. Pabon is sentenced to time served.

- Mr. Pabon remains sentenced to five years of supervised release.

- Mr. Pabon must self-quarantine in his home for 14 days.

- Mr. Pabon is placed on home confinement and location monitoring until June 6, 2022.

- Mr. Pabon is subject to the following special conditions of supervised release: The defendant is to be confined to his residence and must comply with the Location Monitoring Program requirements as directed by the United States Probation Office until June 6, 2022.  The defendant is required to be at the residence at all times, except for approved absences for medical appointments.  The location monitoring technology is at the discretion of the United States Probation Office.  The cost of monitoring will be paid (either by the defendant or the United States Probation Office).  The defendant shall

permit the United States Probation Office access to the residence at all times and comply with any other specific conditions of home detention as his probation officer requires.

                                                S/ANITA B. BRODY
                                                ANITA B. BRODY, J.

Copies **VIA ECF** on

O:\ABB 2020\L - Z\USA v. Pabon Compassionate Release Order.docx